RETURN RECEIPT FOR STATEMENT OF REASONS

Case Name: USA v MICHAEL COOPER

Case Number:
02-CR-30061

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report and Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on September 28, 2005.

Received by:

*Angela Cooper*
U.S. Probation office

Date: 10/7/05