OPROB 35        **Report and Order Terminating Probation/Supervised Release**
(Rev. 5/01)                    **Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

        v.                                    Crim. No.  02-30061-001

MICHAEL J. COOPER                                          A

On __December 30, 2004__ the above named was placed on probation/supervised release for a period of __5__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

                                                                       Respectfully submitted,

                                                                       s/Mark A. Estock
                                                                      U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __16th__ day of __January__, 20 __08__.

                                                                      s/ Jeanne E. Scott
                                                                     JEANNE E. SCOTT
                                                                  United States District Judge